# Court of Appeals
# of the State of Georgia

ATLANTA,   February 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1155. ALFRED EDMONSON v. THE STATE.

A jury found Alfred Edmonson guilty of false imprisonment and aggravated sodomy, and his convictions were affirmed on appeal. See *Edmonson v. State*, 336 Ga. App. 621 (785 SE2d 563) (2016). Edmonson subsequently filed a "Motion to Vacate Judgement [sic] for Lack of Subject Matter Jurisdiction," arguing that the State failed to prove venue. The trial court denied the motion on October 31, 2018. Edmonson filed an amendment to his motion to vacate. He then filed a notice of appeal. On December 4, 2018, the trial court entered an order denying Edmonson's amendment to his motion, and Edmonson filed a second notice of appeal.

Two appeals were transmitted to this Court based upon Edmonson's two notices of appeal. We dismissed the first appeal from the trial court's order of October 31, 2018. See Case No. A19A1024, dismissed January 24, 2019. This is the second appeal from the December 4, 2018 order. As we have already informed Edmonson, a motion to vacate a void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case," and an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/25/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.